■ Craig Hinck, Respondent, v Kerry Hinck, Appellant. [841 NYS2d 884]—In an action for a divorce and ancillary relief, the defendant appeals from an order of the Supreme Court, Suffolk County (Farneti, J.), dated October 23, 2006, which denied her motion, in effect, for summary judgment setting aside the parties' postnuptial agreement.

Ordered that the order is affirmed, with costs.

Under the circumstances of this case, the Supreme Court correctly denied the defendant's motion, in effect, for summary judgment. Crane, J.P., Lifson, Carni and Balkin, JJ., concur.